IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| HAYES | : | 02-3937 |
| MCKNIGHT | : | 02-3954 |
| SKOGLULND | : | 02-3979 |
| BALLIRO | : | 02-4111 |
| SADEIK | : | 02-4129 |
| HAYWARD, et al. | : | 02-4133 |
| WAINER, et al. | : | 02-4177 |
| VAN STREEPEN, et al. | : | 02-4199 |
| BAILEY | : | 02-4231 |
| ABERCROMBIE, et al. | : | 02-4235 |
| TRESSLAR, et al. | : | 02-4291 |
| CONLEY, et al. | : | 02-4296 |
| GLADHART, et al. | : | 02-4312 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this          day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Cynthia M. Rufe, Judge**